AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SUSAN JONES, as Legal Guardian and
Next of Friend of J.B., a Minor Child,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV1:14-98

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of July 16, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. The Acting Commissioner's final decision is AFFIRMED, and JUDGMENT is entered in favor of the CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration. This civil action stands CLOSED.

07/16/2015
Date



Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03